Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
AUTUMN FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN FOSTER,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:24-cv-02483-AC<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (35) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be January 16, 2025.  This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's motion for summary judgment based on conflicting deadlines in other matters.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: December 12, 2024                    Respectfully submitted,

                                             /s/ *Jared Walker*
                                            Jared Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

                                      PHILLIP A. TALBERT
                                      United States Attorney

Dated: December 12, 2024      By:   /s/ *Justin L. Martin
                                              (*authorized by email on *12/12/2024)
                                              JUSTIN L. MARTIN
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

                                                    <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: December 13, 2024

                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE