Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
AUTUMN FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-02483-AC<br><br>STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended fourteen (14) days from the current deadline such that Plaintiff's new deadline, with the Court's approval, will be January 30, 2025. This is Plaintiff's second request for an extension of time and is sought based on Plaintiff needing more time than anticipated to analyze the treatment record in this case, together with intervening conflicts in unrelated matters. Counsel apologizes for the inconvenience this request imposes and submits this final extension is not sought to unduly delay this matter. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: January 16, 2025                    Respectfully submitted,


                                            /s/ *Jared Walker*
                                            Jared T. Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

          MICHELE BECKWITH
          Acting United States Attorney

Dated: January 16, 2025    By:   /s/ *Justin L. Martin
          (*authorized by email on 1/16/2025)
          JUSTIN L. MARTIN
          Special Assistant United States Attorney
          Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: January 16, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF